UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

IN THE MATTER OF THE APPLICATION OF THE

UNITED STATES OF AMERICA FOR AN ORDER         APPLICATION AND ORDER

AUTHORIZING THE RESTRICTED DISCLOSURE

OF INTERCEPTED COMMUNICATIONS AND THE          USDC SDNY
                                               DOCUMENT
UNSEALING OF THE APPLICATIONS, ORDERS,         ELECTRONICALLY FILED
                                               DOC #: _____
AND RECORDS PERTAINING THERETO.                DATE FILED: 7/25/07

---------------------------------------------------

      1.   The United States of America, by and through Michael J. Garcia, United States Attorney for the Southern District of New York, Brendan R. McGuire, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order, pursuant to the provisions of Sections 2510-2521 of Title 18, United States Code, authorizing the disclosure, for the purposes of producing discovery pursuant to Federal Rule of Criminal Procedure 16(a) in United States v. Andres Almonte, et al., S1 07 Cr. 619 (RMB), of certain recordings of intercepted wire communications and the unsealing of the applications, orders, and reports relating thereto, specifically:

      2.   The December 26, 2006 Order authorizing the interception of wire communications occurring between December 28, 2006, through and including January 24, 2007, over the

cellular telephone assigned call number (917) 312-3999, with Electronic Serial Number ("ESN") 29F37817, subscribed to "Poh Yoke Ming" at "155 Henry Street, New York, New York, 10002" and with service provided by Sprint-Nextel, reports relating to the same, dated January 9, 2007, January 18, 2007, and January 26, 2007, and an order relating to the same dated January 26, 2007.

       3.   The February 1, 2007 Order authorizing the interception of wire communications occurring between February 1, 2007, through and including March 2, 2007, over the cellular telephone assigned call number (917) 213-6342, with no subscriber or address information, bearing International Mobile Subscriber Identity ("IMSI") number 310410088998518, and with service provided by T-Mobile , reports relating to the same, dated February 13, 2007, February 22, 2007, and March 5, 2007, and an order relating to the same dated March 5, 2007.

       4.   The February 28, 2007 Order authorizing the interception of wire communications occurring between March 1, 2007, through and including March 30, 2007, over the cellular telephone assigned call number (917) 609-0557, subscribed in the name "Poh Yoke Ming," at "155 Henry Street, Apt. 401, New York, N.Y., 10002," and bearing IMSI number 310260930686902, with service provided by T-Mobile, reports relating to the same, dated March 14, 2007, March 21, 2007, and April 2, 2007, and an order relating to the same dated April 2, 2007.

5. The April 9, 2007 Order authorizing the interception of wire communications occurring between April 9, 2007, through and including May 9, 2007, over the cellular telephone assigned call number (646) 419-8929, subscribed in the name "John Lopez" at "100 Post Avenue, New York, N.Y., 10034-3406," and bearing IMSI number 316010160140861 and UFMI number 176*883*7621, with service provided by Sprint-Nextel.

6. The April 26, 2007 Order authorizing the interception of wire communications occurring between April 27, 2007, through and including May 25, 2007, over the cellular telephone assigned call number (917) 432-4704, with no listed subscriber or subscriber address, and bearing IMSI number 310260511784738, with service provided by T-Mobile USA, reports relating to the same, dated May 8, 2007, May 22, 2007, and May 29, 2007, and an order relating to the same dated May 29, 2007.

7. Copies of disks containing recordings of communications intercepted pursuant to the above orders.

8. Sealing orders sealing (i) the discs containing recordings of communications intercepted pursuant to the above orders; and (ii) line sheets and logs relating to interceptions made pursuant to the above orders.

9. Pen register applications and orders, applications for cell site information, and applications and orders for the

3

installation and monitoring of global positioning system mobile tracking devices issued in connection with the above orders.

The Government further requests that the original wiretap recordings remain under seal until further order of the Court or another judge of competent jurisdiction.

Dated:   New York, New York
         July 20, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York

                            By:     _____
                                    Brendan R. McGuire
                                    Assistant United States Attorney
                                    Southern District of New York
                                    (212) 637-2220

IT IS SO ORDERED:

Dated:   New York, New York
         July 25, 2007

         _____
         UNITED STATES DISTRICT JUDGE
         SOUTHERN DISTRICT OF NEW YORK