```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

     -v-                               :      INFORMATION

HOW CHONG YEONG,                       :      S3 07 Cr. 619 (RMB)
     a/k/a "Fu Zai,"
                                       :
          Defendant.
                                       :
- - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 3 0 2008

## COUNT ONE

The United States Attorney charges:

1.   From at least in or about September 2006, up to and including at least in or about May 2007, in the Southern District of New York and elsewhere, HOW CHONG YEONG, a/k/a "Fu Zai," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that HOW CHONG YEONG, a/k/a "Fu Zai," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a. On or about March 6, 2007, at approximately 7:30 p.m., HOW CHONG YEONG, a/k/a "Fu Zai," the defendant, spoke with a co-conspirator in coded language over the telephone, and YEONG agreed to provide another individual with a quantity of heroin for the co-conspirator.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4. As a result of committing the controlled substance offense alleged in Count One of this Information, HOW CHONG YEONG, a/k/a "Fu Zai," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

Substitute Asset Provision

a. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of

due diligence;

        (2) has been transferred or sold to, or deposited with, a third person;

        (3) has been placed beyond the jurisdiction of the Court;

        (4) has been substantially diminished in value; or

        (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

                                          */s/ Michael J. Garcia*
                                         MICHAEL J. GARCIA
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

HOW CHONG YEONG,
a/k/a "Fu Zai,"

**Defendant.**

### INFORMATION

S3 07 CR 619 (RMB)

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney

---

Jan. 30, 2008 15
Filed Waiver of Indictment and Superceded Information in S3 07CR 619(RMB). Dft pres. n/atty: Anthony Ricco. AUSA: Brendan McGuire, Cantonese Interp + Crt. Rptr. present. Dft pleads not guilty. Filed Consent to proceed before a USMJ on a felony plea allocution. Dft withdraws guilty plea and pleads guilty as charged in S3 07CR 619(RMB). Mag Judge Freeman recommends that Judge Berman accept the plead plea allocution to CT 1 in S3 07CR619(RM). PSI Ordered. control date - 4/30/08. Cocounsel to contact J. Berman's chambers. Dft cont detained. Freeman USMJ