UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
        v.                       :   S3 07 Cr. 619 (RMB)
                                 :
HOW CHONG YEONG,                 :
     a/k/a "Fu Zai,"             :
                                 :
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

                                                x _Yeong How Chong_____
                                                HOW CHONG YEONG
                                                Defendant

                                                Witness

                                                Anthony Ricco, Esq.
                                                Counsel for Defendant

Date:  New York, New York
       January 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 30 2008

0202